USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 02/04/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———

ATLANTIC SPECIALTY INSURANCE COMPANY a/s/o BLI INTERNATIONAL, INC.,

          Plaintiff,

          v.

COSCO SHIPPING LINES, CO., LTD., WLI (USA), INC., JAJAY MOTO, INC., and MA KAM FUNG,

          Defendants.

No. 21-CV-4878 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On February 4, 2022, the Court held a telephone conference in this case to discuss a discovery dispute between Plaintiff and Defendants Jajay Moto, Inc. and Ma Kam Fung. During the conference, counsel for those Defendants expressed his present intention to file a motion to withdraw his representation.

    As agreed at the conference, the Court hereby stays discovery pending resolution of Jajay Moto, Inc.'s and Ma Kam Fung's legal representation. The post-fact-discovery conference scheduled for March 4, 2022 is adjourned *sine die*. If counsel decides to file a motion to withdraw, he shall do so by February 25, 2022.

SO ORDERED.

Dated: February 4, 2022
New York, New York

                                      _____
                                      Hon. Ronnie Abrams
                                      United States District Judge