USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ATLANTIC SPECIALTY INSURANCE COMPANY a/s/o BLI INTERNATIONAL, INC.,

        Plaintiff,

        v.

COSCO SHIPPING LINES, CO., LTD., WLI (USA), INC., JAJAY MOTO, INC., and MA KAM FUNG,

        Defendants.

No. 21-CV-4878 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On February 22, 2022, the Court stayed all pending deadlines in this action for 60 days to allow Defendants JaJay Moto, Inc. and Ma Kam Fung ("unrepresented Defendants") to obtain replacement counsel. The Court ordered unrepresented Defendants' then-counsel, Lawrence Simon, to mail a copy of that order to unrepresented Defendants. To date, the Court has not heard from unrepresented Defendants or from a substitute attorney. Nor did Mr. Simon file proof of his mailing of the Court's prior order on the docket. By no later than May 2, 2022, Mr. Simon shall file proof of his mailing of the Court's February 22 order on the docket. That proof of mailing shall include the last-known contact information for the unrepresented Defendants.

SO ORDERED.

Dated: April 26, 2022
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge