USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ATLANTIC SPECIALTY INSURANCE COMPANY a/s/o BLI INTERNATIONAL, INC.,

Plaintiff,

v.

COSCO SHIPPING LINES, CO., LTD., WLI (USA), INC., JAJAY MOTO, INC., and MA KAM FUNG,

Defendants.

No. 21-CV-4878 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 22, 2022, the Court stayed all pending deadlines in this action for 60 days to allow Defendants JaJay Moto, Inc. and Ma Kam Fung ("unrepresented Defendants") to obtain replacement counsel. Unrepresented Defendants' former attorney served the February order on unrepresented Defendants and provided the Court with their last-known addresses. After the 60-day period expired without replacement counsel appearing for unrepresented Defendants, the Court ordered those parties to submit an update on their progress in obtaining replacement counsel by May 19, 2022. To date, the Court has not heard from unrepresented Defendants. The Court will offer them one more chance to respond to the Court's orders by June 17, 2022. If unrepresented Defendants have not contacted the Court by that date, Plaintiff shall move for default judgment against those parties or submit a letter explaining why default judgment is not warranted at that time.

The Clerk of Court is respectfully directed to mail a copy of this Order to unrepresented Defendants at the below addresses.

SO ORDERED.

Dated: May 27, 2022
New York, New York

_____
Hon. Ronnie Abrams
United States District Judge

**SERVICE ADDRESSES**

Ma Kam Fung
1945 Ashley Place
Westbury, NY 11590

JaJay Moto Inc.
1945 Ashley Place
Westbury, NY 11590