UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY a/s/o BLI INTERNATIONAL, INC.,<br><br>                     Plaintiff,<br><br>BLI INTERNATIONAL, INC. d/b/a ALLEGIANT HEALTH<br><br>                  Intervenor Plaintiff,<br><br>        -against-<br><br>COSCO SHIPPING LINES CO., LTD., et al.,<br><br>                 Defendants. | 1:21-cv-04878 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The parties report in their joint letter, dated October 14, 2022 (ECF No. 62), that they believe a settlement conference with a Magistrate Judge within the next 60 days is appropriate. Accordingly, the Court will, by separate order, refer this action to the designated Magistrate Judge for purposes of a settlement conference. The motions for default judgement (ECF Nos. 53 and 57) shall be terminated without prejudice to the parties refiling the motions if a settlement is not reached.

Dated:  October 18, 2022
           New York, New York

                                              SO ORDERED.

                                              _____
                                              JENNIFER L. ROCHON
                                              United States District Judge