UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ATLANTIC SPECIALTY INSURANCE CO.,

                         **Plaintiff,**                  21-CV-04878 (JLR)(SN)

BLI INTERNATIONAL, INC., d/b/a                            **ORDER**
ALLEGIANT HEALTH,

                         **Intervenor Plaintiff,**

         **-against-**

COSCO SHIPPING LINES CO., LTD, et al.

                         **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      On October 18, 2022, the Honorable Jennifer L. Rochon assigned this matter to my docket for settlement. By October 26, 2022, the parties are directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:      October 19, 2022
                 New York, New York