```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/24/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ATLANTIC SPECIALTY INSURANCE COMPANY,

                                Plaintiff,                          21-CV-04878 (JLR)(SN)

       -against-                           **SETTLEMENT CONFERENCE
                                                             ORDER**

COSCO SHIPPING LINES CO., LTD., et al.,

                                Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A settlement conference is scheduled for Thursday, December 15, 2022, at 10:00 a.m., and will be held in Courtroom 219 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, 10007.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Thursday, December 8, 2022. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                            _____
                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:      October 24, 2022
                 New York, New York