UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ATLANTIC SPECIALTY INSURANCE COMPANY,

                              Plaintiff,                        21-CV-04878 (JLR)(SN)

        -against-                                    <u>ORDER</u>

COSCO SHIPPING LINES CO., LTD., et al.,

                              Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The settlement conference currently scheduled for Thursday, December 15, 2022, at 10:00 a.m., will be held telephonically. The Court will provide dial-in information by email before the conference.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 27, 2022
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2022