UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ATLANTIC SPECIALTY INSURANCE COMPANY,

                        Plaintiff,                              21-CV-04878 (JLR)(SN)

       -against-                                     **ORDER**

COSCO SHIPPING LINES CO., LTD., et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court is advised that the Plaintiff and Intervenor-Plaintiff have settled their claims with Defendant COSCO Shipping Lines, Co., Ltd. Accordingly, the December 15 settlement conference is adjourned. The Plaintiff and Intervenor-Plaintiff shall file a letter with Judge Rochon by December 15, 2022, proposing a schedule for any motions for default judgment against the remaining defendants.

**SO ORDERED.**

                                                                  SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      December 6, 2022
                  New York, New York