UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY a/s/o BLI INTERNATIONAL, INC., <br><br>                Plaintiff, <br><br>BLI INTERNATIONAL, INC. d/b/a ALLEGIANT HEALTH <br><br>                Intervenor Plaintiff, <br><br>-against- <br><br>COSCO SHIPPING LINES CO., LTD., et al., <br><br>                Defendants. | 1:21-cv-04878 (JLR) <br><br>**<u>ORDER OF DISMISSAL</u>** |

JENNIFER L. ROCHON, United States District Judge:

      The Court having been advised at ECF No. 69 that all claims asserted herein have been settled *as to Defendant COSCO Shipping Lines, Co., Ltd.*, IT IS HEREBY ORDERED that the above-entitled action be and is hereby DISMISSED and discontinued *as to Defendant COSCO Shipping Lines, Co., Ltd.* without costs, and without prejudice to the right to reopen the action **within thirty days** of the date of this Order if the settlement is not consummated.

      To be clear, any application to reopen **must** be filed **by the aforementioned deadline**; any application to reopen filed thereafter may be denied solely on that basis.

      If the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they **must** submit the settlement agreement to the Court by the deadline to reopen to be "so ordered" by the Court. Per Paragraph 4(C) of the Court's Individual Rules and Practices for Civil Cases, unless the Court orders otherwise, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

      The Clerk of Court is directed to keep this case OPEN as to the remaining Defendants.

Dated: December 19, 2022
       New York, New York

                                                    SO ORDERED.

                                                    JENNIFER L. ROCHON
                                                    United States District Judge