UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY a/s/o BLI INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> BLI INTERNATIONAL, INC. d/b/a ALLEGIANT HEALTH <br><br> Intervenor Plaintiff, <br><br> -against- <br><br> COSCO SHIPPING LINES CO., LTD., et al., <br><br> Defendants. | 1:21-cv-04878 (JLR) <br><br> **ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      Intervenor Plaintiff filed its motion for default judgment on January 6, 2023 (ECF No. 75), but the docket does not reflect that Intervenor Plaintiff served that motion on Defendants as required by the Court's Order dated December 12, 2022 (ECF No. 71). Accordingly, Intervenor Plaintiff shall serve its default judgment motion papers on Defendants promptly and file proof of such service on the docket by **January 20, 2023**.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Defendants at the addresses below.

Dated: January 17, 2023
       New York, New York

                                                    SO ORDERED.

                                                    JENNIFER L. ROCHON
                                                    United States District Judge

**SERVICE ADDRESSES**

Ma Kam Fung
1945 Ashley Place
Westbury, NY 11590

JaJay Moto Inc.
1945 Ashley Place
Westbury, NY 11590